UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARCELA PEREZ HERNANDEZ,

Petitioner,

v.

PATRICK DIVVER; MARKWAYNE MULLIN; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and CHRISTOPHER LaROSE,

Respondents.

Case No.: 3:26-cv-3600-JES-MSB

**ORDER GRANTING BOND HEARING**

**[ECF No. 1]**

Before the Court is Petitioner Marcela Perez Hernandez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In their return, Respondents acknowledge that prior orders from this district have directed bond hearings in similar cases and that Respondents do not oppose a bond hearing. *Id.* Petitioner did not file a traverse.

//

1

Accordingly, the Court **GRANTS** the petition as follows:

(1)    The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order, unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)    The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-3600-JES-MSB